UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILDA CECILIA VILLEGAS ex rel. LISUAL ARMANDO GUZMAN ANDUJAR,<br><br>　　　　　　　　　　Petitioner,<br><br>　　　　-against-<br><br>LaDEON FRANCIS, ET AL.,<br><br>　　　　　　　　　　Respondents. | 1:25-CV-09199 (JLR)<br><br>**ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION** |

JENNIFER L. ROCHON, United States District Judge:

　　Hilda Cecilia Villegas, acting as next friend of Petitioner Lisual Armando Guzman Andujar brings this petition for a writ of *habeas corpus* under 28 U.S.C. § 2241. To proceed with a petition for a writ of *habeas corpus* in this court, a petitioner's next friend must either pay the $5.00 filing fee or, to request authorization to proceed *in forma pauperis* (IFP), submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.[1]

　　The petition was submitted without the filing fee or an IFP application. Within thirty days of the date of this order, Petitioner's next friend must either pay the $5.00 filing fee or complete and submit the attached IFP application. Payment of the fee should be mailed to the following address: United States District Court for the Southern District of New York, Cashiers-Room 260, 500 Pearl Street, New York, NY 10007. Payment of the fees by mail must (1) be made by money order or certified check; (2) be made payable to: Clerk, USDC, SDNY; and (3) include the docket number listed above. Personal checks are not accepted. Payment of the fees also can be made in person at the courthouse by credit card, money order, certified

---

[1] "[T]he person wishing to appear as 'next friend' must pay the filing fee or submit a motion to proceed [IFP]." *Roberts v. McDonough*, No. 3:08-CV-0245, 2008 WL 255737, at *3 (N.D. Fla. June 23, 2008) (Timothy, M.J.).

check, or cash. If the IFP application is submitted, it should be labeled with docket number 25-CV-09199 (JLR). If Petitioner fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

Petitioner's next friend may receive court documents by email by completing a Consent to Electronic Service form.[2]

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   November 4, 2025
         New York, New York

                                           _____
                                           JENNIFER L. ROCHON
                                           United States District Judge

---

[2] If Petitioner's next friend consents to receive documents by email, she will no longer receive court documents by regular mail.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____
(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

_____
_____
(full name(s) of the defendant(s)/respondent(s))

____ CV _____ ( ) ( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*  ☐ Yes   ☐ No   (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution?  ☐ Yes   ☐ No
   Monthly amount: _____
   
   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?  ☐ Yes   ☐ No
   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____
   If "no," what was your last date of employment? _____
   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment     ☐ Yes   ☐ No
   (b) Rent payments, interest, or dividends              ☐ Yes   ☐ No

|  |  |  |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts or inheritances | ☐ Yes | ☐ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☐ No |
| (g) Any other sources | ☐ Yes | ☐ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

_____   _____
Dated                                                      Signature

_____   _____
Name (Last, First, MI)                            Prison Identification # (if incarcerated)

_____   _____
Address                          City                State      Zip Code

_____   _____
Telephone Number                                  E-mail Address (if available)

IFP Application, page 2