UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILDA CECILIA VILLEGAS ex rel. LISAUL ARMANDO GUZMAN ANDUJAR,<br><br>                        Petitioner,<br><br>       -against-<br><br>LADEON FRANCIS, *in his official capacity as Acting Field Office Director of New York Immigration and Customs Enforcement*; KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*; and PAM BONDI, *in her official capacity as Attorney General*,<br><br>                        Respondents. | Case No. 1:25-cv-09199 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      Given that neither Petitioner nor his counsel are attending today's hearing in person, the Court will hold the hearing virtually for all parties at 2:30 p.m. The parties are directed to join the conference via Microsoft Teams using the log-in credentials provided to counsels' email addresses. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 354 969 333#.

Dated: November 17, 2025
        New York, New York

                                                  SO ORDERED.

                                                  *Jennifer Rochon*
                                                  JENNIFER L. ROCHON
                                                  United States District Judge