**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
HILDA CECILIA VILLEGAS ex rel.
LISUAL ARMANDO GUZMAN ANDUJAR,

                                Petitioner,          25 **CIVIL** 9199 (JLR)

      -against-                               **JUDGMENT**

LADEON FRANCIS, in his official capacity
as Acting Field Office Director of New York
Immigration and Customs Enforcement;
KRISTI NOEM, in her official capacity as
Secretary of Homeland Security; and PAM
BONDI, in her official capacity as Attorney
General,

                                Respondents.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 18, 2025, the petition for a writ of habeas corpus is GRANTED. Respondents are ORDERED to release Guzman Andujar from custody immediately and certify compliance with the Court's order by filing an entry on the docket no later than November 19, 2025 at 5 p.m.

**DATED:** New York, New York
              November 18, 2025

                                                  **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                         **BY:**       _[signature]_

                                                     **Deputy Clerk**